IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 20-10539-DD

_____

THOMAS B. IRELAND,
as personal representative of the estate of Gregg T. Ireland,
on behalf of the estate and the survivors, Karen E. Ireland
and Thomas B. Ireland,

                                                        Plaintiff - Appellant,

versus

BILL PRUMMELL,
as Sheriff of Charlotte County, sued in his official capacity,
CORIZON LLC,
a private health care corporation,
TABBATHA CARTER,
individually, Watch Commander at the Charlotte County Jail,
BRANDON SWARTZENTRUBER,
individually, Corrections Officer at the Charlotte County Jail,
MICHAEL WILES,
individually, Corrections Officer at the Charlotte County Jail,
ADAMAR GONZALEZ-FIGUEROA,
individually, Jail Physician,
MARGARET BRACY,
individually, Licensed Practical Nurse at the
Charlotte County Jail,
Zackary Heavener,
individually, Licensed Practical Nurse at the
Charlotte County Jail,
ROBERT SLEDZINSKI,
individually, Corrections Officer at the Charlotte County Jail,
ALAN SCHWOCHO,
individually, Corrections Officer at the Charlotte County Jail,
WILLIAM GARLICK,
individually, Corrections Officer at the Charlotte County Jail,
ALBERT L. BURROWS,
individually, Corrections Officer at the Charlotte County Jail, et al.,

                                                   Defendants - Appellees,

MICHAEL BURNETTE,
individually, Corrections Officer at the Charlotte County Jail,

                                                                                           Defendant.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

<u>ON PETITION(S) FOR REHEARING AND PETITION(S) FOR REHEARING EN BANC</u>

BEFORE: LAGOA, HULL, and MARCUS, Circuit Judges.

PER CURIAM:

The Petition for Rehearing En Banc is DENIED, no judge in regular active service on the Court having requested that the Court be polled on rehearing en banc. (FRAP 35) The Petition for Panel Rehearing is also denied. (FRAP 40)

ORD-46